[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
AUGUST 26, 2009
THOMAS K. KAHN
CLERK

_____

No. 07-15653
Non-Argument Calendar
_____

D.C. Docket No. 07-00026-CR-FTM-29SPC

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

DANIEL EDWARD BOLYARD,
a.k.a. Hill,
a.k.a. Hillbilly,

Defendant-Appellant.

_____

Appeal from the United States District Court for the
Middle District of Florida

_____

(August 26, 2009)

Before BIRCH, HULL and HILL, Circuit Judges

PER CURIAM:

Thomas Ostrander, appointed counsel for Daniel Edward Bolyard in this

direct criminal appeal, has moved to withdraw from further representation of the

appellant and filed a brief pursuant to <u>Anders v. California</u>, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Bolyard's conviction and sentence are **AFFIRMED**.  Bolyard's motion for the appointment of new counsel is **DENIED AS MOOT**.